UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILO BERNAL,

                Plaintiff,

– against –

TRES AMIGOS CORP., *d/b/a* LA PULPERIA, TRES MOSQUETEROS CORP., *d/b/a* LA PULPERIA, and CARLOS BARROZ, VICTOR MEDINA, and ANTHONY MEA, JR., *individually*,

                Defendants.

**ORDER**

18 Civ. 9567 (ER)

RAMOS, D.J.:

    Plaintiff filed the instant suit on October 18, 2018. Doc. 1. On September 21, 2020, the Court granted Defendants' counsel's motion to withdrawal. Doc. 29. On September 29, 2020, the Court denied Plaintiff's request to direct Defendants' outgoing counsel to provide Plaintiff with Defendants' current contact information. Doc. 31. Since then, there has been no activity in this matter. Accordingly, Plaintiff is directed to submit a status report by April 27, 2021. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 41.

    SO ORDERED.

Dated:   April 13, 2021
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.