UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILO BERNAL,

                    Plaintiff,

          -against-

TRES AMIGOS CORP., *dba* LA PULPERIA,
TRES MOSQUETEROS CORP. *dba* LA
PULPERIA, and CARLOS BARROZ,
VICTOR MEDINA, and ANTHONY MEA,
JR., *individually*,

                    Defendants.

18-CV-9567 (ER)

**DEFAULT JUDGMENT**

EDGARDO RAMOS, United States District Judge:

Camilo Bernal brought this action on October 18, 2018, asserting violations of the Fair

Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL").  Doc. 1.  Defendants,

having appeared with counsel, responded to the Complaint, and the parties engaged in discovery.

On September 21, 2020, this Court granted defense counsel's motion to withdraw as counsel due

to a breakdown in communications and the failure of Defendants to cooperate with counsel.

Doc. 29.  The Court thereafter permitted Defendants ample time to retain counsel or appear *pro*

*se*. To date there has been no appearance by or on behalf of any of the Defendants.  On August 5,

2021, Defendant Anthony Mea, Jr. was dismissed from the case, with prejudice.  Doc. 41.  The

Court held a telephone conference on August 18, 2021, at which neither Defendants nor counsel

for Defendants appeared.  The Clerk issued a Certificate of Default against Defendants Tres

Amigos Corp., *dba* La Pulperia; Tres Mosqueteros Corp., *dba* La Pulperia; and individual

Defendants Carlos Barroz and Victor Medina on August 23, 2021.  Doc. 46.  Bernal moved for

Default Judgment as to Defendants Carlos Barroz and Victor Medina on September 21, 2021.

Doc. 47.  It is therefore

2

ORDERED, ADJUDGE AND DECREED: that Plaintiff Camilo Bernal has judgment

against Defendants Barroz and Medina, jointly and severally, in the amount of $120,768, in

addition to attorneys' fees and costs, in the amount of $17,173.50.


Dated:    September 22, 2021
          New York, New York

_____
EDGARDO RAMOS
United States District Judge