UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILO BERNAL,

                Plaintiff,

– *against* –

TRES AMIGOS CORP. *dba* LA PULPERIA, TRES MOSQUETEROS CORP. *dba* LA PULPERIA, and CARLOS BARROZ, VICTOR MEDINA, and ANTHONY MEA, JR., *individually*,

                Defendants.

**ORDER**

18 Civ. 9567 (ER)

Ramos, D.J.:

       On September 22, 2021, the Court entered default judgment in favor of Bernal against Defendants Barroz and Medina.  Doc. 52.  Defendant Mea was previously terminated from the case on August 5, 2021.  Doc. 41.  Plaintiff is therefore directed to submit a status report regarding the remaining corporate defendants Tres Amigos and Tres Mosqueteros, *dba* La Pulperia, by Wednesday, December 22, 2021.

       SO ORDERED.

Dated:   December 15, 2021
            New York, New York

                                                                   Edgardo Ramos, U.S.D.J.